IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02010-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$61,000.00 IN UNITED STATES CURRENCY,

    Defendant.

---

## DEFAULT AND FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture.  The Court, having reviewed said Motion and being fully advised in the premises, FINDS:

THAT the United States commenced this action *in rem*  pursuant to 21 U.S.C. §881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no Claims or Answers filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on December 14, 2009 (ECF Docket #9);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all  the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Default and Final Order of Forfeiture (doc. # 10) is  **GRANTED**.

THAT default and forfeiture of defendant property, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property and terminate the case.

Dated this 23rd day of December 2009.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE